**James E. DUNN, Appellant (Defendant below),**

v.

**STATE of Indiana, Appellee (Plaintiff below).**

**No. 47S04–9801–PC–00007.**

Supreme Court of Indiana.

May 6, 1998.

See also 694 N.E.2d 1129.

David A. Smith, McIntyre & Smith, Bedford, for Appellant.

Jeffrey Modisett, Attorney General, Christopher L. LaFuse, Deputy Attorney General, Indianapolis, for Appellee.

## ON PETITION TO TRANSFER

SULLIVAN, Justice.

In accordance with our decision today in *State v. Mohler,* 694 N.E.2d 1129 (Ind.1998), we conclude that the new rule of law announced in *Bryant v. State,* 660 N.E.2d 290 (Ind.1995), *cert. denied,* — U.S. —, 117 S.Ct. 293, 136 L.Ed.2d 213 (1996), is not retroactive under *Daniels v. State,* 561 N.E.2d 487 (Ind.1990), and so does not entitle James E. Dunn to post-conviction relief.

In August, 1992, the State charged James E. Dunn ("Dunn") with possession of more than thirty grams of marijuana, a class D felony.[1]  In September, 1992, the Indiana Department of Revenue issued Dunn a warrant for assessment and collection of a Controlled Substance Excise Tax ("CSET").[2] Dunn pled guilty in October 1994 to the charge of possession.

In January, 1996, Dunn filed a petition for post-conviction relief based on this Court's decision in *Bryant,* 660 N.E.2d 290 (holding that because CSET is punishment, the Double Jeopardy Clause bars drug prosecution

after CSET has been assessed), which the post-conviction court denied.  Dunn appealed.  In a memorandum decision, the Court of Appeals reversed the post-conviction court's denial of relief, holding that the rule announced in *Bryant* applied retroactively to Dunn.  *Dunn v. State,* 685 N.E.2d 1154 (Ind. Ct.App. 1997).

Having granted transfer, we vacate the opinion of the Court of Appeals pursuant to Ind.Appellate Rule 11(B)(3) and affirm the post-conviction court's denial of relief for the reasons set forth in *State v. Mohler,* 694 N.E.2d 1129 (Ind. 1998), also decided today.

SHEPARD, C.J., and DICKSON, SELBY and BOEHM, JJ., concur.

1.  Ind.Code § 35–48–4–11(1) (1988).

2.  Ind.Code §§ 6–7–3–1 to –17 (Supp.1992).